# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OMAR MEDINA ALEJANDRO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 22-526 (UNA) |
| | ) | |
| GAVIN NEWSOM | ) | |
| *Governor of California*, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a form Complaint for a Civil Case, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the case.

Plaintiff is a resident of San Pedro, California, who has sued California Governor Gavin Newsom. He demands "56 Million dollars . . . for having another near-death experience." Compl. at 4. Under Statement of Claim, Plaintiff writes:

> Instead of I going to sleep first before going into deep sleep. my body is shutting down. I may have to go to the ER (EMERGENCY CARE UNIT) at the hospital. I am showing signs of having epilepsy. I am deprived of regular sleep and my body is going directly to deep sleep because people are harassing me at home. I have to go to this court in Washington DC. NOTE: I don't wear Halloween face masks so please don't blame me for people putting anthrax in my mail. I don't wear Halloween hand masks either. "I am not paying the street tax."

*Id*.

"[F]ederal courts are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]" *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974)

(internal quotation marks and citations omitted).  Consequently, this action will be dismissed.  A

separate order accompanies this Memorandum Opinion.


_____/s/_____
AMIT P. MEHTA
United States District Judge

Date:  March 29, 2022